UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HARRIS ET AL.,<br><br>Plaintiffs,<br><br>-v-<br><br>RHINO NEW YORK, LLC<br><br>Defendant. | 26-cv-8560 (JSR) |
| YODER ET AL.,<br><br>Plaintiffs,<br><br>-v-<br><br>JETTY INSURANCE AGENCY LLC<br><br>Defendant. | 26-cv-8826 (JSR)<br><br>**ORDER** |

JED S. RAKOFF, U.S.D.J.:

The two above-captioned cases have been determined to be related. Therefore, the motions to compel arbitration in both cases will be briefed on the same schedule as follows:

1. Motions are due on December 4, 2026
2. Oppositions are due on January 4, 2027
3. Reply briefs are due on January 18, 2027

A combined oral argument on the motions to compel arbitration in both cases is scheduled for January 25, 2027 at 11:00 AM in courtroom 14B of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York City, New York.

SO ORDERED.

New York, New York
November 9, 2026

JED S. RAKOFF, U.S.D.J.